# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RONN GEITHEIM, | No. CV 08-4089 AGR |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| CAPTAIN BROWN, | |
|     Respondent. | |

Pursuant to the memorandum opinion and order,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 18, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE